**ELECTRONICALLY FILED**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**NO. 7:10-cv-00019-ART**

GARY VANHOOSE, *Plaintiff*

vs.   **NOTICE OF SETTLEMENT**

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., *Defendant*

\* \* \* \* \* \* \*

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, GARY VANHOOSE and Defendant, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, GARY VANHOOSE, against Defendant, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: May 5, 2010

Respectfully Submitted,

**KROHN & MOSS, LTD**
120 W. Madison Street, 10th Floor
Chicago, IL  60602
Telephone; (312) 578-9428
Facsimile: (866) 289-0898

BY:   /s/Lee Cassie Yates
Attorney for Plaintiff